IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 2:03CR00134-001

LUCAS PARKER

ORDER

A show cause hearing was held on October 20, 2016 regarding the Defendant's efforts while on supervision to pay restitution. Based upon the Defendant's failure to comply with the Order entered October 26, 2016, the Defendant shall appear before the Court for an additional show cause hearing.

It is therefore ORDERED that the Defendant, Lucas Parker, appear at the Thomas G. Abernathy Federal Building, 301 W. Commerce Street, Courtroom 1, Aberdeen, Mississippi, on Wednesday, May 17, 2017 at 11:00 a.m.

This the 1st day of May, 2017.

_____
U.S. DISTRICT JUDGE